NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**IN RE: ADRIAN RIVERA,**

*Appellant*

_____

2015-1683

_____

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2014-00042.

_____

**JUDGMENT**

_____

SUDIP KUMAR KUNDU, Kundu PLLC, Washington, DC, argued for appellant.

MONICA BARNES LATEEF, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, argued for intervenor, Michelle K. Lee. Also represented by THOMAS W. KRAUSE, SCOTT WEIDENFELLER, FARHEENA YASMEEN RASHEED.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (WALLACH, MAYER, and TARANTO, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


April 8, 2016          /s/ Daniel E. O'Toole
Date                   Daniel E. O'Toole
                       Clerk of Court